MEMORANDUM OPINION

 

No. 04-11-00014-CV

 

STONEBROOK SNF,
LLC d/b/a Stonebrook Manor at Broadway,

Appellant

 

v.

 

Trini GONZALES
as Next Friend for Natividad Gonzalez, an Adult,

Appellee

 

From the 285th
Judicial District Court, Bexar County, Texas

Trial Court No. 2010CI10104

Honorable John D.
Gabriel, Jr., Judge Presiding

 

PER CURIAM

 

Sitting:                     Karen Angelini, Justice

                     Sandee
Bryan Marion, Justice

                     Phylis
J. Speedlin, Justice

 

Delivered and
Filed:  July 13, 2011

 

DISMISSED

 

           Appellant
has filed a motion to dismiss this appeal. The motion states the parties have
agreed that the costs of appeal shall be taxed against the party who incurred
them. The motion contains a certificate of service to appellee, who has not
opposed the motion. Therefore, we grant the motion and dismiss the appeal. See
Tex. R. App. P. 42.1(a). Costs of
appeal are taxed against the party who incurred them. See id. 42.1(d).

                                                                                     PER
CURIAM